In the Matter of ROBERT W. FARRINGTON, an Attorney and Counselor at Law.— Order entered allowing defendant to file an amended answer to the supplemental petition within twenty days.

In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Fifth Judicial District.— Louis L. Waters, of Syracuse, appointed as a member of said committee in the place of William G. Tracy, resigned.

CHARLES GORNBEIN, Respondent, v. WESTCHESTER FIRE INSURANCE COMPANY, Appellant.— Order entered September 27, 1921, modified so as to permit appellant to file printed papers on October twelfth, serve briefs in typewritten form by October fourteenth, upon condition that the appeal be submitted on October fourteenth.

LOUIS CHERTOFF, Appellant, v. WILLIAM J. CONNORS, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

ELIZABETH KREBS, as Administratrix, etc., of GEORGE E. WOLTERS, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Estate of FRANCES B. LEFEVRE, Deceased. HUBERT C. MINARD and Another, as Executors, etc., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. All concur.

SABIN C. SCHUMMERS, Appellant, v. JOSEPH B. MARTIN, Respondent.— Judgment and order reversed and new trial granted, upon questions of law and fact, with costs to appellant to abide event. Held, at most the defendant had a lien only upon the rights of the lessee in the automobile, the general owner not having consented to the making of the repairs; and it appearing conclusively that when the general owner (the plaintiff) made a demand for the possession of the automobile, the rights of the lessee had been terminated, the defendant wrongfully withheld the same from the plaintiff, and the only question which should have been submitted to the jury was the question of damages. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RUFFALO, Appellant.— Judgment of conviction and orders affirmed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS A. DEJOHN, Respondent, v. FREDERICK E. LYTLE, Appellant.— Judgment affirmed, with costs, upon the opinion of Stephens, J., delivered at Trial Term. [Reported in 116 Misc. Rep. 1.] All concur, except Kruse, P. J., who dissents upon the ground that the relator was ineligible to hold the office of trustee of the village.

JENNIE DRAPER, as Executrix, etc., of WARREN DRAPER, Deceased, Respondent, v. GEORGE H. BULLOCK, as Receiver of the BUFFALO AND LAKE ERIE TRACTION COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.